IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:06CV316

| | |
|---|---|
| VONCILLE O. STUKES, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| Secretary, United States | ) |
| Department of Homeland Security, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon motion of counsel for the Defendants, and for cause shown, IT IS HEREBY ORDERED that the Initial Attorney's Conference that was scheduled by a docket entry in this case on August 14, 2007 is hereby stayed until further Order of this Court.

**SO ORDERED**.

Signed: August 17, 2007

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge