# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv316

| | |
|---|---|
| VONCILLE O. STUKES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, | ) ) ) ) |
| Defendant. | ) ) ) |

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion for Summary Judgment [Doc. 39] is **GRANTED**, and the Plaintiff's Motion for Summary Judgment [Doc. 38] is **DENIED**. Judgment is hereby entered in favor of the Defendant Michael Chertoff, Secretary of the United States Department of Homeland Security, against the Plaintiff Voncille O. Stukes. This case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Signed: December 8, 2008

Martin Reidinger
United States District Judge