# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Voncille O. Stukes,

    Plaintiff(s),                                       JUDGMENT IN A CIVIL CASE

vs.                                                     3:06cv316

Michael Chertoff,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/8/08 Order.

                                                  Signed: December 9, 2008

                                                  Frank G. Johns, Clerk
                                                  United States District Court